ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURICE E. JOHNSON,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

2:25-PO-00379-AC

[Proposed] ORDER ON THE UNITED STATES'S MOTION TO SET COLLATERAL AND VACATE TRIAL DATE

DATE:  April 20, 2026
TIME:  9:00 a.m.
JUDGE: Hon. Allison Claire

It is hereby Ordered that the plaintiff United States of America's Motion to Set Collateral and Vacate Trial Date in Case Number 2:25-po-00379-AC is GRANTED.  Defendant MAURICE E. JOHNSON shall be permitted to forfeit collateral in the amount of $120.00, plus a processing fee of $30.00 for a total of $150.00.

///

///

///

///

///

///

It is further Ordered that the bench trial scheduled for April 20, 2026, shall be VACATED.

IT IS SO ORDERED.


Dated: April 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE